Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of _____
### _____ Division

Case: 1:24–cv–03428
Assigned To : Unassigned
Assign. Date : 11/29/2024
Description: Pro Se Gen. Civ. (F-DECK)

Case No. _____
(to be filled in by the Clerk's Office)

Kawuna Jeffer Williams
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Twitter INC.
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kawuna J. Williams
Street Address: 5030 30th St SE #201
City and County: Washington DC
State and Zip Code: 20020
Telephone Number: 240 620 1587
E-mail Address: Kawuna.Williams@Waldenu.ed

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**RECEIVED**
NOV 29 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 5



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

X Corp.
ATTN: Copyright Agent 1355 Market Street #900
San Francisco, CA 94103
Reports: https://help.x.com/forms/dmca
copyright@x.com

Defendant No. 2
- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

Defendant No. 3
- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

Defendant No. 4
- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please See the attached Document

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) Dawana L. Williams, is a citizen of the State of (name) Washington DC.

   b. If the plaintiff is a corporation
      The plaintiff, (name) Twitter, Inc / X Corp is incorporated under the laws of the State of (name) Washington DC,
      and has its principal place of business in the State of (name) California.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of
      (foreign nation) _____.

Scanned with CamScanner

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, (name) **Twitter, Inc**, is incorporated under the laws of the State of (name) **CA**, and has its principal place of business in the State of (name) **West CA**
Or is incorporated under the laws of (foreign nation) **Washington DC**
and has its principal place of business in (name) **CA**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

*Please see the Attached Document.*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Please see the attached document*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please See The attached document*



**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**Plaintiff: Dr. Kawana J. Williams Representative: WellKonnect Kares Foundation**

**Defendant: Twitter, Inc.**

X Corp. Attn: Copyright Agent 1355 Market Street, Suite 900 San Francisco, CA 94103 Reports: https://help.x.com/forms/dmca Email: copyright@x.com

**AFFIDAVIT FOR RESOLUTION OF DATA BREACH**

**I, Dr. Kawana J. Williams, under penalty of perjury, hereby affirm the following:**

2. 1. Identity and Background: a. I am the plaintiff in the abovementioned case, residing at 1720 I st NW , Washington, D.C  20006. b. I am a professional with a background in to determine the source of the unauthorized access and identify any cybercriminal activity. b. This investigation should include an analysis of login history, IP addresses, and any suspicious activities associated with my account during the specified period and my contact information is as follows: - Email: Kawana.williams@waldenu.edu .com - Email: well-konnect@outlook.com - Phone: 240.620.1587

3. Incident Description: a. On [specific date], while actively using my Twitter account, I experienced an unexpected lockout after posting a thank you message to Elon Musk. b. I suspect that unauthorized access by a cybercriminal led to this lockout, which resulted in my inability to access my Twitter account.

4. Details of Suspected Cyber Crime: a. During the incident, I was logged out of m y Twitter account and subsequently locked out. b. I believe a cybercriminal acc essed my account without my authorization and conducted activities that led to  the lockout.

5. Request for Forensic Investigation: a. I am requesting a comprehensive forensic investigation and analysis of my Twitter account @WRK_KARES  with current email [Kawana.Williams@bison.howard.edu](Kawana.Williams@bison.howard.edu)

6. to determine the source of the unauthorized access and identify any cybercriminal activity. b. This investigation should include an analysis of login history, IP addresses, and any suspicious activities associated with my account during the specified period.

7. Business Impact: a. The unauthorized access and subsequent lockout of my Twi tter account have caused a loss of wages for WellKonnect Kares Foundation, a registered

    nonprofit organization in Washington, D.C. b. The loss of access to the account has hindered our ability to communicate and conduct business effectively, resultin g in financial harm.

8. Attached Evidence: a. Attached to this affidavit are screenshots and other docu mentation that support my claims of unauthorized access and subsequent lock out.

9. Relief Sought: a. I respectfully request the court to order a forensic investigatio n into this matter. b. I also seek relief in the form of access restoration to my Twi tter account, compensation for any damages incurred, and measures to preven t future unauthorized access.

**PRAYER FOR RELIEF:**

**WHEREFORE, Plaintiff, Dr. Kawana J. Williams, respectfully requests that this Court:**

1. Order a Forensic Investigation: Conduct a comprehensive forensic investigation and analysis of Dr. Williams' Twitter account to determine the source of the una uthorized access and identify any cybercriminal activity.

2. Restore Account Access: Compel Twitter to restore access to Dr. Williams' lock ed Twitter account.

3. Compensation for Damages: Award compensatory damages for the financial lo ss, emotional distress, and any other damages incurred due to the unauthorize d access and account lockout.

4. Prevent Future Unauthorized Access: Require Twitter to implement enhanced s ecurity measures to prevent future unauthorized access to Dr. Williams' accoun t and ensure the protection of user data.

5. Compensation for Lost Wages: Award compensation for the loss of wages exper ienced by Well-Konnect Kares Foundation, a registered nonprofit organization in Washington, D.C., due to the lockout of Dr. Williams' busin ess Twitter account.

6. Cost of Suit: Award the costs of suit incurred herein, including attorney's fees a nd expenses.

7. Additional Relief: Grant such other and further relief as the Court may deem jus t and proper.

**Signature:**

Case 1:24-cv-03428-UNA   Document 1   Filed 11/29/24   Page 7 of 8

**Dr. Kawana J. Williams**

**240.620.1587**

**Kawana.williams@waldenu.edu Notary**

**Public:**

**[Notary Signature and Seal] [Date]**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/28/2024

Signature of Plaintiff
Printed Name of Plaintiff   *Lawuna Williams*

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

Scanned with CamScanner